| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Bare Arms Limited Liability Company** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA   Bare Arms Trading Co<br>DBA   Bladez |
| 3. | Debtor's federal Employer Identification Number (EIN) | 81-1704769 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3502 Winchester Avenue**<br>**Ashland, KY 41101**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Boyd**<br>County | Location of principal assets, if different from principal place of business<br>**2134 5th St Huntington WV Huntington, WV 25701**<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Bare Arms Limited Liability Company** _____  Case number (*if known*) _____
            Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4511__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply:*

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

District  **Ashland**   When  **5/15/23**   Case number  **23-10085**
District  _____   When  _____   Case number  _____

Debtor   **Bare Arms Limited Liability Company**                                    Case number (*if known*)
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**   Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   Check one:

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49                ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99               ☐ 5001-10,000         ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**
☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Debtor   **Bare Arms Limited Liability Company**                                              Case number (*if known*)
         Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor  **Bare Arms Limited Liability Company** _____  Case number (*if known*) _____
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **Jul 21, 2025**
                MM / DD / YYYY

*/s/ William H. Bare*
William H. Bare (Jul 21, 2025 16:21 EDT)
Signature of authorized representative of debtor      **William H. Bare**
                                                                             Printed name

Title  **Member and Corporate Representative**

**18. Signature of attorney**

**X** /s/ J. Christian Dennery       Date **July 21, 2025**
Signature of attorney for debtor                                   MM / DD / YYYY

**J. Christian Dennery**
Printed name

**Dennery PLLC**
Firm name

**7310 Turfway Rd, Suite 550**
**Florence, KY 41042**
Number, Street, City, State & ZIP Code

Contact phone  **859-445-5495**       Email address  **jcdenery@dennerypllc.com**

**95878 KY**
Bar number and State

---

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 5

**Fill in this information to identify the case:**

Debtor name  **Bare Arms Limited Liability Company**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Jul 21, 2025

*William H. Bare* (Jul 21, 2025 16:21 EDT)
Signature of individual signing on behalf of debtor

**William H. Bare**
Printed name

**Member and Corporate Representative**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Bare Arms Limited Liability Company |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Burke & Herbert Bank & Trust PO Box 268 Alexandria, VA 22313-0268 | | | | $2,528,038.77 | Unknown | Unknown |
| Chase Card Services Marion Bonvoy PO Box 15298 Wilmington, DE 19850 | | Credit Card | Unliquidated | | | $31,609.27 |
| COROC/Rivera LLC C/O Tanger Management, LLC 3200 Northline Avenue, Suite 360 Greensboro, NC 27408 | | Contingent breach damages arising from 365 rejection of the License for the use of Unit 1825 located within the mall commonly known as the City and St | Contingent Unliquidated | | | $0.00 |
| DIVVY Caine & Weiner 5805 Sepulveda Blvd 4th Floor Sherman Oaks, CA 91411 | | | | | | $11,000.00 |
| Grunt Style, LLC 400 E Fullerton Ave Carol Stream, IL 60188-5201 | | Inventory supplier | | | | $48,424.70 |
| Kentucky Employers Mutual Insurance 250 W Main St, No. 900 Lexington, KY 40507 | | Unpaid Insurance Premiums | Unliquidated | | | $12,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | Bare Arms Limited Liability Company | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mall at Katy Mills, LP  M.S. Management Associates Inc.  225 West Washington Street  Indianapolis, IN 46204-3438 | | Rental arrears and contingent breach damages arising from 365 rejection of the lease of Room 407 located within the mall commonly known as Katy Mill | Contingent Unliquidated | | | $0.00 |
| Morgantown Mall Associates, LLP  9500 Mall Road  Morgantown, WV 26501 | | Rental arrears and contingent breach damages arising out of Debtor's 365 rejection of the lease of Space 611 located within the Morgantown Mall situat | Contingent Unliquidated | | | $7,500.00 |
| Ohio Attorney General  PO Box 89471  Cleveland, OH 44101-6471 | | | | | | $275.53 |
| Opry Mills Mall, LP  PO Box 402242  Atlanta, GA 30384-2242 | | Rental arrears and contingent breach damages arising out of Debtor's 365 rejection of the lease of Unit 728 located in the shopping center known as O | Contingent Unliquidated | | | $12,000.00 |
| Outlet Mall of Savannah, LLC  c/o Tanger Management, LLC  3200 Northline Avenue, Suite 360  Greensboro, NC 27408 | | Contingent breach damages arising from 365 rejection of the License to use Unit 121 located within the mall commonly known as the City and State Shopp | Contingent Unliquidated | | | $0.00 |
| Pepsi Beverage Company  Lockbox 91884  5503 N. Cumberland Ave.  Chicago, IL 60656 | | | | | | $36,440.63 |

Debtor  **Bare Arms Limited Liability Company**    Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pigeon River Crossings, LLC 3928 Maloney Road Knoxville, TN 37920 | | Contingent breach damages arising from 365 rejection of Unit No. 6 located at the mall commonly known as Pigeon River Crossings-Annex II, Pigeon Forge | Contingent Unliquidated | | | $0.00 |
| Tanger Fort Worth, LLC C/O Tanger Management, LLC 3200 Northline Avenue, Suite 360 Greensboro, NC 27408 | | | Contingent Unliquidated | | | $0.00 |
| U.S. Small Business Administration 2 International Plaza Ste 500 Nashville, TN 37217 | | | | $500,000.00 | Unknown | Unknown |

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Bare Arms Limited Liability Company**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Christy N. Bare<br>3502 Winchester Avenue<br>Ashland, KY 41101 | Member | 5% | Membership |
| William H. Bare<br>3502 Winchester Avenue<br>Ashland, KY 41101 | Membership | 95% | Membership |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Member and Corporate Representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  Jul 21, 2025

Signature  *William H. Bare (Jul 21, 2025 16:21 EDT)*  
William H. Bare

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Burke & Herbert Bank & Trust
PO Box 268
Alexandria VA 22313-0268


Chase Card Services
Marion Bonvoy
PO Box 15298
Wilmington DE 19850


COROC/Rivera LLC
C/O Tanger Management, LLC
3200 Northline Avenue, Suite 360
Greensboro NC 27408


DIVVY
Caine & Weiner
5805 Sepulveda Blvd 4th Floor
Sherman Oaks CA 91411


Geneva Capital LLC
1311 Broadway St
Alexandria MN 56308


Grunt Style, LLC
400 E Fullerton Ave
Carol Stream IL 60188-5201


Kentucky Employers Mutual Insurance
250 W Main St, No. 900
Lexington KY 40507


Mall at Katy Mills, LP
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis IN 46204-3438


Morgantown Mall Associates, LLP
9500 Mall Road
Morgantown WV 26501


Ohio Attorney General
PO Box 89471
Cleveland OH 44101-6471

```
Opry Mills Mall,  LP
PO Box 402242
Atlanta GA 30384-2242


Outlet Mall of Savannah, LLC
c/o Tanger Management, LLC
3200 Northline Avenue, Suite 360
Greensboro NC 27408


Pepsi Beverage Company
Lockbox 91884
5503 N. Cumberland Ave.
Chicago IL 60656


Pigeon River Crossings, LLC
3928 Maloney Road
Knoxville TN 37920


Tanger Fort Worth, LLC
C/O Tanger Management, LLC
3200 Northline Avenue, Suite 360
Greensboro NC 27408


Tanger Properties Limited Partnership
C/O Tanger Management, LLC
3200 Northline Avenue, Suite 360
Greensboro NC 27408


Thomas & Thomas
2323 Park Avenue
Cincinnati OH 45206-2711


U.S. Small Business Administration
2 International Plaza Ste 500
Nashville TN 37217
```

# United States Bankruptcy Court
## Eastern District of Kentucky

In re: **Bare Arms Limited Liability Company**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Bare Arms Limited Liability Company** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

William H. Bare
3502 Winchester Avenue
Ashland, KY 41101

☐ None [*Check if applicable*]

July 21, 2025
Date

/s/ J. Christian Dennery
J. Christian Dennery
Signature of Attorney or Litigant
Counsel for **Bare Arms Limited Liability Company**
Dennery PLLC
7310 Turfway Rd, Suite 550
Florence, KY 41042
859-445-5495 Fax:859-286-6726
jcdenery@dennerypllc.com