# UNITED STATES BANKRUPTCY COURT
### Eastern District of Kentucky
### Ashland Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507−1430

In re  Bare Arms Limited Liability Company

   3502 Winchester Avenue
   Ashland, KY 41101

aka/dba: Baldez
Bare Arms Trading Company
SSN/TID:

     81−1704769

Debtor(s)

Case No. 25−10174−dll

Chapter: 11

## NOTICE OF DISMISSAL

    You are hereby notified that an order was entered on 12/16/2025, dismissing the above−captioned chapter 11 case.

DATED: December 17, 2025



By the Court −

/s/Douglas L Lutz
Douglas L Lutz
U.S. Bankruptcy Judge